**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 11-6990**

————————

GREGORY MATTHEW CLEVELAND,

       Petitioner - Appellant,

    v.

UNITED STATES OF AMERICA,

       Respondent - Appellee.

————————

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Terry L. Wooten, District Judge. (9:11-cv-01335-TLW)

————————

Submitted: October 18, 2011      Decided: October 21, 2011

————————

Before WILKINSON, MOTZ, and DIAZ, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Gregory Matthew Cleveland, Appellant Pro Se. William Norman Nettles, United States Attorney, Columbia, South Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Matthew Cleveland appeals the district court's order adopting the magistrate judge's report and recommendation and dismissing his petition for writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Cleveland v. United States, No. 9:11-cv-01335-TLW (D.S.C. July 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED